# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Hashmat Khalil Rezai Road & Construction ) ASBCA No. 58868
  Company )
)
Under Contract No. W5J9JE-11-C-0197 )

APPEARANCE FOR THE APPELLANT:      Mr. Daud Rezai
                                           President

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                           Engineer Chief Trial Attorney
                                           James D. Stephens, Esq.
                                           Engineer Trial Attorney
                                           U.S. Army Engineer District, Middle East
                                           Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 September 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58868, Appeal of Hashmat Khalil Rezai Road & Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals